# UNITED STATES DISTRICT COURT
## District of Minnesota

Alexis Antonio Quiroz Hernandez,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, Mary De Anda-Ybarra, Warden of ERO El Paso Camp East Montana,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-1791 NEB/EMB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the Clerk of Court is directed to transfer this case to the United States District Court for the Western District of Texas.

Date: 3/13/2026

KATE M. FOGARTY, CLERK